IN THE UNITED STATES DISTRICT COURT
FORTHE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID B. YELL, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CASE NO. 2:13-cv-336-WHA |
| ) | |
| LEEPOSEY DANIELS, et al., ) | (WO) |
| ) | |
| Respondents. ) | |

## **FINAL JUDGMENT**

In accordance with the order entered in this case on this day,

Final Judgment is entered in favor of the Respondents, Leeposey Daniels and Luther Strange, and against the Petitioner, David B. Yell, and this case is DISMISSED with prejudice.

DONE this 12th day of November, 2014.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE